

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00605-CV

George B. **DOMBART**,
Appellant

v.

Marci **MADLA** and Brandon Brigance,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10992
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file brief is granted in part and denied in part. We order appellees' brief due December 23, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court